IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
ASHEVILLE, N. C.

DEC - 6 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:05CR400-V |
| vs. | **ORDER TO SEAL** |
| (1) CHARLES ROBERT CUMMINS, (2) ERIC BRANDON SHAW, (3) JOSEPH HALE, (4) JUAN LUIS LLAMAS, (5) ROBERTO ALBERTO FIELDS CURTIS. | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal be sealed until the defendants have been arrested.

This the 6th day of December, 2005.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE