IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| (1) CHARLES ROBERT CUMMINS ) | |
|     a/k/a Charles Robert Thurman ) | |
|     a/k/a Charles S. Cummings ) | DOCKET NO. 3:05 CR 400-V |
| (2) ERIC BRANDON SHAW ) | |
| (3) JOSEPH HALE ) | |
| (4) JUAN LUIS LLAMAS ) | Under Seal |
|     and ) | |
| (5) ROBERTO ALBERTO FIELDS CURTIS ) | |

## MOTION OF THE UNITED STATES FOR THE ISSUANCE OF A LETTER ROGATORY

Comes now the United States, by and through its undersigned counsel, and respectfully requests this Court to issue the attached Letter Rogatory in furtherance of the prosecution and investigation of the instant case, United States v. Cummins, et al., 3:05 CR 400V. The United States moves for the issuance of the Letter Rogatory to obtain further material evidence against the instant defendants and their co-conspirators. The detailed reasons that the United States makes this request and the matters that are sought are set forth in detail in the Letter Rogatory and its attachments, A through F.

Gretchen C. F. Shappert
United States Attorney

3/8/06

Peter B. Loewenberg
Trial Attorney, United States Department of Justice
10th & Constitution Avenue, NW
Criminal Division, Fraud Section, Bond Building - Rm. 4418
Washington, D.C. 20530
202-514-0840