UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
v. ) DOCKET NO. 3:05 CR 400-V
CHARLES ROBERT CUMMIN, et al. )
)

## UNITED STATES' MOTION & ORDER TO SEAL

ORDER RE: SEALED FILING re: Letter Rogatory

*Party Filing Matter Under Seal*    Name: Peter B. Loewenberg, Trial Attorney

Address: 1400 New York Ave., N.W., Washington, D.C. 20005

Telephone: 202-514-0840

On behalf of (select one):    x☐ Plaintiff    ☐ Defendant

Date sealed document filed: 03/9/06

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry: _____

The matter will remain sealed until:

☐ Conclusion of Trial    ☐ Arrest of First Defendant
☐ Case Closing    ☐ Conclusion of Direct Appeal
X☐ Other    Further Order of Court
☐ Permanently. Specify the authorizing law, rule, court order: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

x☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed    ☐ Returned to the party or counsel for the party, as identified above

It is **ORDERED** and **ADJUDGED** that the proposed sealed document is hereby:

x☐ Sealed    ☐ NOT Sealed    ☐ Other

The matter may be unsealed after:

☐ Conclusion of Trial    ☐ Arrest of First Defendant    ☐ Remain Sealed
☐ Case Closing    ☐ Conclusion of Direct Appeal    x☐ Other Further Order of Court

DONE and ORDERED at Charlotte, North Carolina this 15th day of March, 2006.

Richard L. Voorhees
United States District Judge

This document has been disposed of in the following manner _____ by _____

_____ on _____ .