# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE MATTER BEFORE GRAND JURY | : No. 3-05-CR-400 |
| FILED UNDER SEAL | : UNDER SEAL |

## ORDER

The United States of America having filed a Motion to Partially Lift Seal, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the seals in this case on the Letters Rogatory and Bill of Indictment are lifted for the limited purpose of allowing the Department of Justice prosecutors to share their contents with appropriate Costa Rican judicial authorities so that they may effectuate the purposes of the Letters Rogatory and Bill of Indictment. The Letters Rogatory and Bill of Indictment shall remain under seal as to all other third parties, and all other documents relating to this action shall remain under seal, pending further order of this Court.

Dated: 4-11-06

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE