IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Miscellaneous No. 3:06mc85

## CRIMINAL CASE TRANSFER ORDER

**THIS MATTER** is before the Court on its own motion to re-assign the following cases. Any speedy trial delay caused by this transfer should be excluded.

**IT IS, THEREFORE, ORDERED** that the following cases be administratively reassigned to the Honorable Frank Whitney. Any of the defendants currently scheduled on Judge Voorhees' 25 September 2006 Charlotte term will be moved to Judge Whitney's 27 November 2006 term. The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant to a speedy trial. The Clerk of Court is directed to serve copies of this **ORDER** on each defendant, the United States Marshal, United States Probation Office, The United States Attorney and any other judicial offices the Clerk deems appropriate.

**THIS** the 10th day of July 2006.

RICHARD L. VOORHEES
United States District Judge

| Case Number | Case Name | # | Defendant |
|---|---|---|---|
| 3:05cr400 | USA v. Cummins et. al. | 1 | Charles Robert Cummins |
| | | 2 | Eric Brandon Shaw |
| | | 3 | Joseph Hale |
| | | 4 | Juan Luis Llamas |
| 3:06cr13 | USA v. Cano | 1 | David Cano |
| 3:06cr65 | USA v. Green | 1 | Earl Zachary Green |

1

| Case Number | Case Name | # | Defendant |
|---|---|---|---|
| 3:06cr70 | USA v. Campa-Macias | 1 | Jose Rosa Campa-Macias |
| 3:06cr75 | USA v. Anderson | 1 | David Anderson |
| 3:06cr101 | USA v. Walker | 1 | John Henry Walker |
| 3:06cr131 | USA v. Robinson | 1 | Jovon Adarryl Robinson |
| | | | |