IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR400-1-W

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES ROBERT CUMMINS,<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion for Travel Expenses" (document #81) filed November 2, 2006. The Defendant seeks to modify the authorized dates of travel in this Court's October 27, 2006 Order.

**NOW THEREFORE, IT IS ORDERED:**

1. The subject Motion is **GRANTED**, that is, the United States Marshal is directed to make travel arrangements for the Defendant from California to Charlotte, North Carolina between November 6 and 16, 2006; and upon notification from defense counsel that the Defendant is ready to return, to make travel arrangements from Charlotte, North Carolina back to his home in California.

2. Defense counsel (Mr. Weidner) is directed to contact Supervisory Deputy U.S. Marshal Kelly M. Nesbit (704/344-6234 or 651-2250) and to provide any information necessary for the United States Marshal to comply with the terms of this Order (including, in particular, identifying the preferred date of travel).

3.  The Clerk is directed to send copies of this Order to counsel for the parties (including Mr. Weidner); to Mr. Nesbit; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED.**

Signed: November 2, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge